

731 James Street | Suite 200 | Syracuse, NY 13203 | www.cnyfairhousing.org | Phone (315) 471-0420

November 27, 2024

**<u>Via CM/ECF Only</u>**

Hon. Glenn T. Suddaby, U.S. District Judge
Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

**Re:    Beverly Brown, et al. v. Community Preservation Partners, LLC, et al. Case No.
8:23-cv-00477-GTS-DJS**

<u>**NOTICE OF SETTLEMENT**</u>

Dear Judge Suddaby:

On behalf of the Parties to the above-identified action, I write to inform you that the Parties have executed a Settlement Agreement in this matter. Pursuant to the Settlement Agreement, Plaintiffs' counsel will file a Stipulated Order of Dismissal upon Defendants' performance of certain terms of the Agreement on or before December 8, 2024.

Please advise if the Court requires any additional information at this time.

Respectfully submitted,

**s/ M. Casey Weissman-Vermeulen**
M. Casey Weissman-Vermeulen
CNY Fair Housing, Inc.
731 James Street, Suite 200
Syracuse, New York 13203
Phone: (315) 471-0420
Email: cweissman-vermeulen@cnyfairhousing.org

cc: Counsel of Record (via CM/ECF)