## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK
## MALONE/PLATTSBURGH DIVISION

| | |
|---|---|
| ROSLYN BROWN, As Administrator of the ESTATE OF BEVERLY BROWN, Deceased; BRIDGHID MCCARTHY As Successor of MARY GLADYS ORLYK, Deceased; SHAWN THOMPSON; and SHIRLEY STACER<br><br>Plaintiffs,<br><br>vs.<br><br>COMMUNITY PRESERVATION PARTNERS, LLC; CPP EAST, LLC; ROCHESTER'S CORNERSTONE GROUP, LTD; CORNERSTONE DEVELOPMENT PROPERTIES LLC; WINNRESIDENTIAL (NY) LLC; WINN MANAGED PROPERTIES, LLC dba WINN MANAGEMENT COMPANY; LAWRENCE AVENUE COMMUNITY PARTNERS, LP; LAWRENCE AVENUE COMMUNITY PARTNERS GP, LLC; WNC DEVELOPMENT PARTNERS, LLC; and WNC – LAWRENCE AVENUE COMMUNITY PARTNERS, LLC<br><br>Defendants. | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.:<br>8:23-cv-477 (GTS/DJS) |

WHEREAS Plaintiffs Roslyn Brown, as Administrator of the Estate of Beverly Brown, Deceased, Brighid McCarthy as Successor of Mary Gladys Orlyk, Deceased, Shirley Stacer, and Shawn Thompson (collectively "Plaintiffs") and Defendants Community Preservation Partners, LLC, CPP East, LLC, Rochester's Cornerstone Group, Ltd., Cornerstone Development Properties, LLC, WinnResidential (NY) LLC, Winn Managed Properties, LLC dba Winn Management Company, Lawrence Avenue Community Partners, LP, Lawrence Avenue Community Partners GP, LLC, WNC Development Partners, LLC, and WNC-Lawrence Avenue Community Partners, LLC (collectively, "Defendants") (together, "the Parties") have reached

and executed a Settlement Agreement effective November 8, 2024 resolving all of Plaintiffs' claims, the Parties hereby stipulate to the dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: <u>January 6, 2025</u>

| **Counsel for Defendants** | **Counsel for Plaintiffs** |
|---|---|
| <u>**s/ *Scott Rogoff*   **</u><br>Scott Rogoff (Bar #517167)<br>Barclay Damon, LLP<br>2000 Five Star Bank Plaza,<br>100 Chestnut Street,<br>Rochester, New York 14604<br>Phone: (585) 295-4418<br>Fax: (585) 295-8421<br>Email: srogoff@barclaydamon.com<br>*Attorney for Defendants* | <u>**s/ *M. Casey Weissman-Vermeulen*   **</u><br>M. Casey Weissman-Vermeulen (Bar #702110)<br>Conor J. Kirchner (Bar #518898)<br>CNY Fair Housing, Inc.<br>731 James Street, Suite 200<br>Syracuse, New York 13203<br>Phone: (315) 471-0420<br>Fax: (315) 471-0549<br>Email: cweissman-vermeulen@cnyfairhousing.org<br>Email: ckirchner@cnyfairhousing.org<br>*Attorneys for Plaintiff* |